No. 12–7863.  BROWN v. LOUISIANA.  Ct. App. La., 1st Cir. Certiorari denied.

No. 12–7870.  HENDERSON v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 12–7871.  GRAVELY v. CITY OF CHARLESTON, WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 12–7873.  ZARR v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 12–7878.  CRAFT v. AHUJA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7881.  STONE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 12–7882.  ROBINSON v. EVANS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7888.  PARKS v. MOHAVE COUNTY SHERIFF'S DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7899.  MOON v. VASQUEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7905.  GARCIA SANDOVAL v. BEARD, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7906.  STANCLE v. CLAY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7914.  KIMBRELL v. BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 12–7921.  MINK v. ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–7925.  JORDAN v. HEDGPETH, WARDEN.  C. A. 9th Cir. Certiorari denied.